**SP 3146·05**

05-597M

RODRIGUEZ, CECILIA NMN
Lockup Nbr: 51
PDID: 0579466
DOB:
CCR: 149995

| | | |
|---|---|---|
| No Papers Count(s) ___ | Court File Date **NOV 1 1 2005** | LOCK UP **L-51** |

Charges Filed ___
Felony ___
Misdemeanor ___
Traffic ___
D.C. ___

PDID ___
DOB ___
CCR ___

☐ CITATION  ☐ BOND  ☐ Collateral $ ___  Page ___

DEFENSE COUNSEL  ☐ PRO SE   CODE  S C A R  DATE WITHDRAWN
1. M. Rosendolph 972-659
2.

| A | PROSECUTOR | CODE | ASSIGNED TO JUDGE |
| B | 1. | | |
| C | 2. | | Cal. Number ___ |
| D | ☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel. | | ☐ LINEUP ORDER FILED |
| E | | PLEA: ☐ Not Guilty | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | Count(s) ___ | ☐ Guilty, JUDGMENT Guilty | ☐ Made  ☐ Waived |
| G | CONTINUED DATE | | BOND CONDITIONS |
| H | PREL. HEARING | | BOND AMOUNT $ ~~NO BOND~~ |
| I | STATUS HEARING | | ☐ CASH ___ % ☐ SURETY |
| | JURY TRIAL | | ☒ PERSONAL RECOGNIZANCE |
| PROBATION | NON-JURY | | ☐ Third Party Custodian |
| ☐ 163 FILED | | | ☐ Contribution Ordered |

Sentence Date ___
Report Due Date ___   C 11-14-05 @ 1:45pm U.S.
Date Jacket Ready For Probation ___   Dist. Court. Crtm 4. J/KAY
Date Received in Probation ___
By ___
Date Jacket Returned to Crim. Div. ___

☐ Defendant Advised of Penalties for Failure to Appear.

Count(s) ___ Nolle Prosequi Prosecutor: ___

COURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM.
CW   M   JACKSON

☒ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

**Diversion**
Date Admitted ___

**DISPOSED**
CLOSED | CONT. PAY | ShowCause | B/W

**PENDING**
Status | Jury | Non-Jury | Sent. | Others | Updated

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE: ___  **FINAL DISPOSITION ONLY**

Count(s) ___ Nolle Prosequi Prosecutor: ___
COURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS