AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court
## for the DISTRICT OF Columbia

UNITED STATES OF AMERICA

v.

Cecelia Rodriguez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 2005-597 m-01

FILED

MAR 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Cecelia Rodriguez, charged in a (complaint) (petition) pending in this District with _____ in violation of Title 18, U.S.C., 371, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

3/10/06
Date

_____
Counsel for Defendant