**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.: 05-597M-01** |
| | : | |
| v. | : | |
| | : | **Charges:  18 U.S.C. §§ 371, 2319** |
| | : | **(Misdemeanor Conspiracy to Commit** |
| | : | **Copyright Infringement)** |
| **CECILIA RODRIGUEZ** | : | |

<u>INFORMATION</u>

The United States Attorney for the District of Columbia informs the Court:

<u>COUNT ONE</u>
(Misdemeanor Conspiracy to Commit Copyright Infringement)

1.      From on or about June 22, 2005, through on or about October 31, 2005,  in the

District of Columbia and elsewhere, defendant **CECILIA RODRIGUEZ** did  knowingly and

voluntarily, combine, conspire, confederate, and agree with others known and unknown to the United

States, willfully, and for purposes of commercial advantage and private financial gain, to infringe

a copyright by the reproduction and distribution of at least one (1) or more copyrighted works, in

violation of Title 18, United States Code, Section 2319(a),(b)(3), and Title 17, United States Code,

Section 506(a)(1)(A).

<u>OVERT ACTS</u>

2.      In furtherance of the conspiracy, and to effect the objects thereof, defendant

committed or caused to be committed the following acts in the District of Columbia:

3.      On June 22, 2005, defendant **CECILIA RODRIGUEZ**,  along with her co-

conspirators, sold more than one copyright motion picture DVDs to an undercover officer, which

were unauthorized copies of copyright-protected motion pictures, to an undercover officer, in

exchange for $280.00.

  All in violation of Title 18, United States Code, Section 371, 2319.

        Respectfully submitted,
        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 451058

  By:  _____

        JOHN CARLIN
        Assistant U.S. Attorney
        Computer Hacking and Intellectual Property Unit
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-353-2457

        _____

        CORBIN WEISS
        Senior Counsel, U.S. Department of Justice
        Computer Crime & Intellectual Property Section