UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: |
| | : | |
| v. | : | |
| | : | Charges: |
| | : | 18 U.S.C. §§ 371, 2319 |
| | : | (Misdemeanor Conspiracy to Commit |
| | : | Copyright Infringement) |
| **CECILIA RODRIGUEZ** | : | |

## SUPERCEDING INFORMATION

The United States Attorney for the District of Columbia informs the Court:

COUNT ONE
(Misdemeanor Conspiracy to Commit Copyright Infringement)

1.      From on or about June 22, 2005, through on or about October 31, 2005, in the District of Columbia and elsewhere, defendant **CECILIA RODRIGUEZ** did knowingly and voluntarily, combine, conspire, confederate, and agree with others known and unknown to the United States, willfully, and for purposes of commercial advantage and private financial gain, to infringe a copyright by the reproduction and distribution of at least one (1) or more copyrighted works, in violation of Title 18, United States Code, Section 2319(a),(b)(3), and Title 17, United States Code, Section 506(a)(1)(A).

OVERT ACTS

2.      In furtherance of the conspiracy, and to effect the objects thereof, defendant committed or caused to be committed the following acts in the District of Columbia:

3.      On October 14, 2005, defendant **CECILIA RODRIGUEZ**, along with her co-conspirators, sold more than one copyright motion picture DVDs to an undercover officer, which were unauthorized copies of copyright-protected motion pictures, to an undercover officer, in exchange for $260.00.