# United States District Court

**for the** _____ DISTRICT OF _Columbia_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Cecelia Rodriguez | CONSENT TO PROCEED BEFORE<br>UNITED STATES MAGISTRATE IN<br>A MISDEMEANOR CASE<br><br>CASE NUMBER: 05-597 mj |

    The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X _Cecelia Rodriguez_
                   Defendant

**FILED**

**MAY 3 1 2006**

NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _Cecelia Rodriguez_
                   Defendant

Consented to by United States _____
                   Signature

John Carlin, AUSA
     Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

    The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                 Defendant

_H H Shanlu_        Approved By: _____
Defendant's Attorney (if any)                  U.S. Magistrate

                                                 May 31, 2006
                                                   Date