UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05-597 M |
| v. | : |
| | : Plea Proceedings: 5-31, 2006 |
| CECILIA RODRIGUEZ, | : |
| Defendant. | : |

FILED

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE

Had this case proceeded to trial, the United States of America would have established the following facts beyond a reasonable doubt:

On April 20, 2005, Officers from the Washington, D.C., Metropolitan Police Department ("MPD") executed a search warrant upon the premises of a commercial retail-wholesale business operated by the defendant, YY Enterprises, located at 1225 4th Street, N.E., Washington, D.C. The warrant authorized the search for and seizure of counterfeit and pirated goods, including illegal copies of motion picture DVDs. After the execution of the warrant and the arrest of the defendant, MPD learned that co-conspirator Qiyao Yuan ("Yuan"), the owner of the business, was continuing to sell illegal copies of copyrighted works, and an investigation by the FBI and MPD ensued, involving multiple undercover purchases and the execution of additional search warrants.

A.   **June 22, 2005, Undercover Purchase**

On June 22, 2005, an undercover purchase of infringing motion picture DVDs was made using $280.00 in pre-recorded FBI funds. During this transaction, an undercover MPD officer entered the premises located at 1225 4th Street, N.E., Washington, D.C., and met with the

defendant, Cecilia G. Rodriguez (Rodriguez), who worked for Yuan. Rodriguez provided a list to the undercover MPD officer that contained motion picture titles in current theatrical release, not yet available for sale to the general public. After presenting Rodriguez with $280.00, the undercover MPD officer was given DVD cases by Rodriguez and told to meet Rodriguez behind the Burger King restaurant located at 3rd Street and Florida Avenue, N.E., where the undercover MPD officer would be given the DVDs and artwork inserts for the titles purchased. Rodriguez changed the location when she observed a police vehicle located in the Burger King restaurant parking lot. The MPD undercover officer met Rodriguez in the parking lot of a nearby liquor store and Rodriguez delivered illegal copies of motion picture DVDs to the undercover MPD officer.

**B.     October 14, 2005, Undercover Purchase**

On October 14, 2005, another undercover purchase was made using $260.00 in pre-recorded FBI funds for 90 infringing motion picture DVDs, as well as 10 infringing sound recordings. During this transaction, an undercover MPD officer entered the premises located at 1225 4th Street, N.E., Washington, D.C., and spoke with Yuan and coo-conspirator, Ping Chen ("Chen") regarding the purchase of motion picture DVDs. Chen presented a list of movie titles to the undercover MPD officer and stated that movie titles were sold in multiples of five. Later, Chen and Rodriguez packaged the DVDs inside the premises. The list provided to the undercover MPD officer contained motion pictures in current theatrical release, not yet available for sale on DVD to the general public.

After choosing titles, the undercover MPD officer asked the defendant for the total of the purchase and presented him with $260.00. After stating that DVD cases were needed, the

2

defendant retrieved a box containing empty DVD cases and presented it to the undercover MPD officer. During the transaction, the undercover MPD officer purchased the following infringing motion pictures and sound recordings titles:

| DESCRIPTION | QUANTITY |
| --- | --- |
| 1. Flight Plan | 20 DVDs |
| 2. The Gospel | 25 DVDs |
| 3. Green Street Hooligans | 5 DVDs |
| 4. A History of Violence | 5 DVDs |
| 5. The Exorcism of Emily Rose | 5 DVDs |
| 6. Two For the Money | 15 DVDs |
| 7. Venom | 5 DVDs |
| 8. G | 5 DVDs |
| 9. Beef | 5 DVDs |
| 10. Best of Mike Jones and Slim Thug Young Jeezy & Juelz Santana | 10 CDs |

**C.     November 10, 2005, Undercover Purchase and Search and Arrest Warrant Executions**

On November 10, 2005, investigators executed a federal search warrant upon the premises of the defendant's business, YY Enterprises, Inc., 1225 4th Street, N.E., Washington, D.C., and a federal arrest warrant for the defendant, among others. Prior to the warrant executions, another undercover purchase was made for illegal motion picture DVDs from Chen inside premises. During the undercover purchase, investigators observed Yuan leave the premises and drive away in a red Ford Expedition, Maryland license plate number M933914. A lookout was broadcast to other Officers, to effect the defendant's arrest pursuant to the arrest warrant, and a short time later Yuan and the red Ford Expedition were observed by a Police Officer at 4th Street and Pennsylvania Avenue, N.E., Washington, D.C. The Officer stopped Yuan's vehicle and placed him under arrest. During a subsequent search of the vehicle, pursuant to a federal search warrant, approximately 300 DVDs consisting of illegal copies of copyrighted

3

motion pictures were seized. During the execution of the search warrant upon the premises of YY Enterprises, agents seized approximately 1,463 DVDs consisting of illegal copies of copyrighted motion pictures, 1,200 of which were motion pictures in current theatrical release, not yet available for sale on DVD to the general public. Defendant was arrested. Agents also seized approximately 1,000 CDs consisting of illegal copies of copyrighted musical albums. All DVDS purchased during the undercover operations were illegal copies of copyrighted motion pictures.

Additionally, all items purchased during each undercover purchase and seized during the search warrant executions, described above, were inspected by industry experts who have received extensive training in the recognition of counterfeit goods from the manufacturers of trademarked goods, and who have experience assisting Federal and State law enforcement agencies in the detection of counterfeit goods. Each item described above as purchased by the undercover officer or seized during the search warrant executions, including motion pictures and sound recordings, was found to contain counterfeit marks on the work and/or the packaging sold with the work, that is, spurious marks that are unauthorized copies of marks registered on the principal register in the United States Patent and Trademark Office and are in use.

The total retail value of the authentic, copyrighted digital works which were sold or possessed for sale as illegal digital copies by the defendant through his business, as described above, exceeded $30,000. During the period described above, the defendant knew that the distribution of copies of copyrighted works, as described above, was illegal.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____

JOHN CARLIN
Assistant U.S. Attorney
555 4th Street, N.W., 5235
Washington, D.C. 20530
(202) 353-2457

CORBIN A. WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section

## DEFENDANT'S ACCEPTANCE

I have read every word of this 5 page statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 5-31-06

Cecilia Rodriguez,
Defendant

I have read each of the __ pages constituting this statement of offense and reviewed and discussed them with my client. I concur with his decision to stipulate to this statement of offense.

Date: 5-31-06

HEATHER SHANER
Attorney for the defendant