PROB 35
(Rev 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE

District of Columbia

UNITED STATES OF AMERICA

v.

Cecilia Rodriguez

Crim. No.   05-597M

On _____ June 16, 2006 _____ the above named was placed on probation/supervised release for a period of __2__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __December__, 20 _07_ .

_____
United States District Judge